U.S. District Court (MI)

Curtis #492630

v

Stallman

FILED - GR
May 31, 2022 12:54 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB /5/31

2:22-cv-114
Maarten Vermaat
U.S. Magistrate Judge

Complaint

42 USC 1983

\* I request for a Magistrate to decide my case pursuant to 28 USC 636(c).

## Previous Lawsuits

#1. 6th Circuit COA Case # 21-1822

#2. MI U.S. Dist. Court Case # 1:22-CV-163

#3. MI U.S. Dist. Court Case # 1:22-CV-266

## Parties

Plaintiff: Willie Curtis
Ionia Correctional Facility
1576 Bluewater
Ionia, MI 48846

Prison Incident Occurred At: Chippewa Correctional Facility.

Defendant: Timothy Stallman (Prison's Doctor)
Chippewa Correctional Facility
4269 M-80
Kincheloe, MI 49784

Capacity Being Sued: Both Official And Personal.

## Affidavit And Verification Of Truth

I swear to, and verify that, everything stated in this complaint, is true.

5/24/22   Willie Curtis. 28 USC 1746.

## Syllabus

#1. The facts of this complaint, are from (2 years) ago, the year 2020.

#2. Further, in order to give this Court a full understanding of my pain and suffering, I must give background information, beginning from the year 2012.

#3. In regards to the various prisons' healthcares that I have contacted about my health-issues, I have always complained of symptoms of Herpes-Simplex-Virus and Mollaret's-Meningitis, beginning in the year 2012.

#4. <u>See</u>, All of Plaintiff's-Attachments. <u>(Attachments #1 - #17).</u>

#5. As of the year 2022, I am discouraged by the MDOC's past refusal to treat my Herpes-Simplex-Virus and Mollaret's-Meningitis.

#6. As such, I have given-up hope and quit asking the MDOC for (HSV) and Mollaret's-Meningitis treatment.

#7. Instead, I have opted to endure daily-pain from my (HSV)-infection, hoping to be released on parole soon, where I can go to a "real hospital" and get some "real help"

## Facts

#8. On July 8th 2020, at the Chippewa Correctional Facility, I had a Doctor's appointment with (Mr. Stallman).

#9. And at that time, I reported to (Mr. Stallman) that all of my health-issues, that I had complained about over the past (8 years), are the results of a wide-spread, untreated, Herpes-Simplex-Virus (HSV), that is wreaking havoc throughout my body.

#10. I then told (Mr. Stallman) that I have an (HSV) diagnosis already on my Electronic-Medical-Record, entered on the date of September 22nd 2016.

#11. See, Plaintiff's - Attachments. (Attachments #11 - #12).

#12. My (HSV)-infection is a serious-medical-condition.

#13. The Brock-Case Held: "Merely because a condition might be characterized as cosmetic does not mean its seriousness should not be analyzed."
Brock v Wright 315 F3d 158.

#14. See, Plaintiff's - Attachments. (Attachments #1 - #5).

#15. I then told (Mr. Stallman) that my (HSV) has given me Mollaret's-Meningitis, which is causing me to have brainaches, everyday, for the past (8 years) straight.

#16. I then told (Mr. Stallman) that my (HSV) is causing me to feel "pulsations", which are shooting-pains, throughout my body, everyday, for (8 years) straight.

#17. I then told (Mr. Stallman) that my (HSV) is causing me to see hallucinations and to go blind, periodically, over the past few years.

#18. I then asked (Mr. Stallman) for a Spinal-Tap-test to check me for Mollaret's-Meningitis.

#19. I then asked (Mr. Stallman) to, as an alternative to a Spinal-tap-test, just give me anti-viral medication, on a (30 day) trial-basis, to treat my (HSV), to see if it eases my daily-painful-symptoms.

#20. (Mr. Stallman) then told me that he was not qualified nor capable to give me a Spinal-tap-test; that I would have to be authorized to see a real-world-doctor to get a Spinal-tap-test; that he would take my concerns of Mollaret's-Meningitis and request for a Spinal-tap-test into consideration.

#21. See, Plaintiff's - Attachments. (Attachments #15 - #16).

#22. Because the MDOC had been refusing to treat my (HSV) for the past (8 years), I had a habit of keeping extra copies of my medical-records and print-outs of (HSV)-information, on hand, where I would send them to outside-organizations, in attempts to obtain outside-medical-help.

(p.6)

#23. At the conclusion of said Doctor's appointment, not trusting him to take my (HSV) seriously, I then told (Mr. Stallman) that I would be mailing to him a copy of my September 22nd 2016 (HSV)-diagnosis-record and print-outs of (HSV)-information, to help guide him in his decision regarding my possibly getting treatment for my (HSV)-infection. I then left.

#24. Upon the return to my cell, I gathered together a copy of my September 22nd 2016 (HSV)-diagnosis and a print-out of (HSV)-information, put them in an envelope, and sent it to (Mr. Stallman) by way of the institutional-mailing-system, on that very same day, July 8th 2020.

#25. Nothing ever came out-of my July 8th 2020 Doctor's appointment; <u>(Mr. Stallman) refused to treat my (HSV), in violation of the 8th Amendment.</u>

#26. (Mr. Stallman) <u>Knew</u> that I had (HSV) because I told him that I had (HSV).

#27. <u>The Hayes-Case Held</u>: "Self-reporting is often the only indicator a doctor has of a patient's condition."
<u>Hayes v Snyder 546 F3d 516</u>.

#28. Further, I even provided (Mr. Stallman) with a copy of my September 22nd 2016 (HSV)-diagnosis for his own perusal.

#29. Further, (Mr. Stallman) <u>knew</u> that my (HSV) could have been the source of the daily-pain that I had been feeling for that past (8 years), and that my (HSV) could have given me Mollaret's-Meningitis, because I provided (Mr. Stallman) with a print-out of (HSV)-information from the World-Health-Organization, which explained what (HSV) does to the human-body.

#30. <u>The Hudak-Case Held</u>: "He merely refused to verify underlying facts that he strongly suspected to be true."
<u>Hudak v Miller 28 FSUPP 2d 827</u>.

#31. Finally, I have exhausted all of my administrative-remedies at:
Grievance Identifier # <u>URF-20-07-18-91-12D1</u>.

#32. <u>See</u>, Plaintiff's-Attachments. (<u>Attachment #17</u>).

## Relief Requested

#33. Lastly, I request <u>Damages-Relief</u>.

#34. I want damages for my suffering from an untreated Herpes-infection for the past (10 years).

#35. I also want damages for the brain-damage, bodily-injury, disability, and disfigurement, that I have sustained due to an untreated Herpes-infection, that will cause me to have future suffering.

#36. <u>The Williams-Case Held</u>: "Certainly can be compensated for bodily injury, past and future suffering, disability, and disfigurement." <u>Williams v Patel 2000 US Dist Lexis 10321.</u>

#37. I want ($5 million) in compensatory-damages, and another ($5 million) in punitive-damages.

#38. If the Defendant does not agree, I want a <u>Jury-Trial</u>.

5/24/22         *Willie Curtis*         28 USC 1746.

Willie Curtis #492630
1576 Bluewater
Ionia, MI 48846



U.S. District Court
110 Michigan
Grand Rapids, MI 49503